Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Duplicate
Original

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case Nos.   CV 98-1072-DDP(AJW)            Date: August 23, 2001
            CV 98-1073-DDP(AJW)

Title: ROBERT VON VILLAS v. S. HUBBARD, Warden
=================================================================

PRESENT:
            HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE

            Ysela Benavides                    _____
            Deputy Clerk                       Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                              None Present


PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PETITIONER'S MOTION AND APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REBUTTING RESPONDENT'S EVIDENCE

On July 31, 2001, petitioner filed a document entitled "Ex Parte Opposition Motion and Application for Leave of Court..." Petitioner's request is **granted**. Petitioner shall have to and including September 12, 2001 within which to file and serve a supplemental brief and any evidence in response to that previously filed by respondent. A ruling on petitioner's request for an evidentiary hearing is deferred until the Court reviews the evidence submitted by both parties.

**IT IS SO ORDERED.**

cc:  Parties


MINUTES FORM 11                              Initials of Deputy Clerk ___
CIVIL-GEN

51