Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.   CV 98-1073-DDP(AJW)          Date: September 14, 2005

Title: ROBERT A. VON VILLAS v. S. HUBBARD, WARDEN
================================================================
PRESENT:

HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE

Ysela Benavides
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENTS:
None Present                              None Present


**ORDER REQUIRING PETITIONER'S COUNSEL TO FILE BRIEF**

The Court previously ordered petitioner's counsel to address the issue of whether petitioner was affirmatively misled by the court's orders in petitioner's prior timely filed habeas petition. See Pliler v. Ford, 542 U.S. 225 (2004). Although counsel filed a brief in case no. CV 98-1072-DDP(AJW), she did not do so in this case. In addition, on May 24, 2005, the Court directed counsel to file a brief addressing the application to this case of Rhines v. Weber, 125 S.Ct. 1528 (2005), Olvera v. Giurbino, 371 F.3d 569, 574 (9th Cir. 2004), Kelly v. Small, 315 F.3d 1070 (9th Cir. ) and Smith v. Ratelle, 323 F.3d 813, 819 (9th Cir. 2003), cert. denied, 124 S.Ct. 2904 (2004). In particular, counsel was directed to address whether the district court properly denied petitioner's request for a stay in the prior timely filed petition, and, if not, the effect of an improper denial on the timeliness of the current petition. Petitioner has ten (10) days from the date of this order within which to file and serve a brief addressing these issues in this case.

**IT IS SO ORDERED.**

cc: Parties

MINUTES FORM 11
CIVIL-GEN

DOCKETED ON CM
SEP 14 2005
BY _____ 058

Initials of Deputy Clerk ___

#100