UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. VON VILLAS, | ) | Case No. CV 98-1073-DDP(AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| S. HUBBARD, WARDEN, et al., | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: __August 12, 2011____

_____
Dean D. Pregerson
United States District Judge