**FILED**

UNITED STATES COURT OF APPEALS

SEP 03 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT ANTHONY VON VILLAS, AKA Robert A. Von Villas,<br><br>　　　　Petitioner - Appellant,<br><br>　v.<br><br>KATHLEEN ALLISON, Warden, Warden (A) and ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA,<br><br>　　　　Respondents - Appellees. | Nos. 11-56396, 11-56398<br><br>D.C. No. 2:98-cv-01073-DDP-AJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

9/3/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: REINHARDT and CHRISTEN, Circuit Judges, and SETTLE, District Judge.[*]

　　The panel has unanimously voted to deny Petitioner-Appellant's petition for panel rehearing. The full court has been advised of Petitioner-Appellant's petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc.  Fed. R. App. P. 35.

　　The petition for rehearing and the petition for rehearing en banc are DENIED.

---

　　[*]　　The Honorable Benjamin H. Settle, District Judge for the U.S. District Court for the Western District of Washington, sitting by designation.